Appeal by the defendant from a judgment of the Supreme Court, Kings County (Foley, J.), rendered February 2, 2016, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.
 

 Ordered that the judgment is affirmed.
 

 The defendant’s valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (see People v Sanders, 25 NY3d 337 [2015]; People v Bradshaw, 18 NY3d 257, 264-267 [2011]; People v Lopez, 6 NY3d 248, 255 [2006]). The defendant’s contention regarding the order of protection issued at the time of sentencing survives his valid waiver of the right to appeal (see People v Gibson-Parish, 153 AD3d 1273 [2017]; People v Forte, 147 AD3d 973 [2017]; People v Kumar, 127 AD3d 882 [2015]). However, the defendant’s contention regarding the order of protection is unpreserved for appellate review, since he did not raise the issue at sentencing or move to amend the order of protection on the ground now raised (see People v Nieves, 2 NY3d 310 [2004]; People v Black, 144 AD3d 935 [2016]), and we decline to review it in the exercise of our interest of justice jurisdiction.
 

 Eng, P.J., Dillon, Miller, Hinds-Radix and Iannacci, JJ., concur.